1
2
3
4
5

UNITED STATES DISTRICT COURT

6

DISTRICT OF NEVADA

7

* * *

8

MONICA WILLIAMS-HARVEST )
                                    )
9                         Plaintiff,  )          2:10-cv-1956-ECR-RJJ
                                    )
10  vs.                             )
                                    )
11  WAL-MART STORES, INC., etc., *et al.*,  )          **ORDER**
                                    )
12                        Defendant.  )
                                    )

13

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status

14

Report on May 10, 2011.

15

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain

16

the following:

17

1.      Shall identify the discovery that has been completed;

18

2.      Shall identify the discovery that remains outstanding;

19

3.      Shall identify any pending discovery motions; and,

20

4.      Shall detail all attempts to settle the case.

21

DATED this __30th__ day of March, 2011.

22
23
24
25

ROBERT J. JOHNSTON
United States Magistrate Judge

26
27
28