UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MONICA WILLIAMS-HARVEST,<br><br>        Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC, et al.<br><br>        Defendants. | Case No. 2:10-cv-01956-ECR-RJJ<br><br>ORDER |

   Defendant Wal-Mart's Motion for Summary Judgment (#17) on August 8, 2011, is **GRANTED**.

   The Clerk of Court shall enter judgment accordingly.

   Dated this 12th day of September 2011.

_____
EDWARD C. REED, JR.
United States District Judge