1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MONICA WILLIAMS-HARVEST, | Case No. 2:10-cv-01956-ECR-RJJ |
| Plaintiff, | |
| vs. | ORDER |
| WAL-MART STORES, INC, et al. | |
| Defendants. | |

Defendant Wal-Mart's Motion for Summary Judgment (#17) on August 8, 2011, is **GRANTED**.

The Clerk of Court shall enter judgment accordingly.

Dated this 12th day of September 2011.

*Edward C. Reed.*
EDWARD C. REED, JR.
United States District Judge