UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MONICA WILLIAMS-HARVEST,<br><br>           Plaintiff-Appellant,<br><br>vs.<br><br><br>WAL-MART STORES, INC.,<br><br>           Defendant-Appellee. | Case No. 2:10-cv-01956-ECR-RJJ<br><br>COA No. 11-17324<br><br><br><br>ORDER |

      The Ninth Circuit Court of Appeals entered an order to reinstate the appeal in this action and to recall the mandate issued on February 8, 2012.

      IT IS THEREFORE ORDERED that the mandate spread by this Court on February 14, 2012 is recalled.

      Dated this 16th day of March 2012.

                                                                         *Edward C. Reed*<br>
                                                                        EDWARD C. REED, JR.<br>
                                                                        United States District Judge